UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEATING FIBRE INTERNATIONAL, INC., <br><br> Defendant. | CASE NO. C05-1986JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has received the parties' stipulation (Dkt. # 26) to consolidate Case No. C05-1986JLR with Case No. C06-487JLR. The court GRANTS the stipulation and orders the clerk to consolidate the two matters under consolidated Case No. C05-1986JLR. The court will hear the consolidated cases under the case management schedule currently in effect in Case No. C05-1986JLR.

Filed and entered this 17th day of April, 2006.

BRUCE RIFKIN, Clerk

s/Mary Duett

By
   Deputy Clerk

MINUTE ORDER